THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rhonda Michelle
 Mintz, Appellant.
 
 
 

Appeal From Chesterfield County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2010-UP-517
Submitted October 1, 2010  Filed December
 1, 2010     
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Rhonda Michelle Mintz
 appeals her probation revocation, arguing the probation revocation hearing was
 too summary in nature.  After a thorough review of the record and counsel's
 brief pursuant to Anders
 v. California, 386 U.S. 738 (1967),  and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's petition to
 be relieved.  
APPEAL DISMISSED.
SHORT,
 THOMAS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.